# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE AZEVEDO,<br><br>        Plaintiff,<br><br>    v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:17-cv-01415-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES<br><br>DEADLINE: FEBRUARY 15, 2018 |

On January 15, 2018, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 9.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before February 15, 2018.

IT IS SO ORDERED.

Dated: __**January 16, 2018**__

UNITED STATES MAGISTRATE JUDGE

1